**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Creditor, Maximum Marketing, Inc.

| In re: | ) | UNITED STATES BANKRUPTCY COURT |
|---|---|---|
| | ) | FOR THE DISTRICT OF NEW JERSEY |
| | ) | |
| Carnetrine, Inc. | ) | Chapter 7 Proceeding |
| | ) | Case No. 26-11393/ABA |
| Debtor(s). | ) | |
| | ) | |
| | ) | **NOTICE OF APPEARANCE AND** |
| | ) | **REQUEST FOR SERVICE OF NOTICES** |

TO:     Clerk
        United States Bankruptcy Court
        400 Cooper Street
        4th Floor
        Camden, NJ 08101

SIR:

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the

above stated action on behalf of creditor Maximum Marketing, Inc.

**PLEASE TAKE FURTHER NOTICE** that I hereby request service of all notices

mailed by the Clerk in this matter.


Dated:  February 28, 2026                    /s/ Daniel E. Straffi, Esq.

                                             _____
                                             Daniel E. Straffi, Jr., Esq.